Riverside Apartment Corporation, complainant,

*v.*

Capitol Construction Company, Incorporated, et al., defendants.

[Decided February 1st, 1932.]

Mr. *Charles Rubenstein,* Mr. *Aaron A. Melniker* and Mr. *Edward P. Stout,* for the complainant.

*Messrs. Seclow & Nessanbaum, Messrs. Kanter & Kanter,* Mr. *Aaron Kaufman* and *Messrs. Leavitt, Ulbrich & Talley,* for the defendants.

Per Curiam.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Bigelow, and reported in *107 N. J. Eq. 405.*

On appeal of Junction Milling Company—

*For affirmance*—The Chief-Justice, Trenchard, Parker, Campbell, Lloyd, Case, Bodine, Daly, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ. 15.

*For reversal*—None.

On appeal of Mowre Lager and Max Platt—

*For affirmance*—The Chief-Justice, Trenchard, Parker, Campbell, Lloyd, Case, Bodine, Daly, Donges, Van Buskirk, Kays, Hetfield, Dear, Wells, Kerney, JJ. 15.

*For reversal*—None.

On appeal of West Bergen Trust Company—

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, CAMPBELL, LLOYD, BODINE, DALY, VAN BUSKIRK, KAYS, HETFIELD, WELLS, KERNEY, JJ. 12.

*For modification*—CASE, DONGES, DEAR, JJ. 3.